[No. 3369-2. Division Two. April 27, 1979.]

THE STATE OF WASHINGTON, *Respondent*, v. CARLA
MARGUERITA JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for Clark
County, No. 9808, Thomas L. Lodge, J., entered February
3, 1978. *Affirmed* by unpublished opinion per Pearson, C.J.,
concurred in by Petrie and Reed, JJ.

[No. 5513-1. Division One. April 30, 1979.]

THE STATE OF WASHINGTON, *Respondent*, v. EDDIE
RAY WRIGHT, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH
R. MCCONNELL, *Appellant*.

Appeal from judgments of the Superior Court for King
County, Nos. 78881, 74435, 75644, William C. Goodloe, J.,
entered March 3 and 25, 1977. *Affirmed* by unpublished
opinion per Andersen, J., concurred in by James and
Ringold, JJ.

[No. 6282-1. Division One. April 30, 1979.]

*In the Matter of the Personal Restraint of*
RAYMOND LEE ARNESON, *Petitioner*.

Petition for relief from personal restraint. *Denied* by
unpublished opinion per James, J., concurred in by
Swanson, A.C.J., and Ringold, J.